# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DR. HUGO AUDBERTO ÁLVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>HOSPITAL EPISCOPAL SAN LUCAS, INC., et al.,<br><br>Defendants. | CIVIL NO. 15-2413 (PAD) |

## ERRATA SHEET

The Opinion and Order at Docket No. 134, is amended *nunc pro tunc*, as follows:

On page 16, at the end of footnote 37, add "That said, not all conduct subject to a special statute gives rise to a damages remedy under Article 1802. See, Reyes-Feliciano v. Marshalls, 159 F.Supp.3d 297, 310 (D.P.R. 2016)(to the extent a specific labor/employment statute covers the conduct in connection with which a plaintiff seeks damages, she is barred from relying on the same conduct to support a claim for damages under Article 1802)."

The amended Opinion and Order is attached.